IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40443
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                             Plaintiff-Appellee,

versus

MIGUEL ENRIQUE BARRIOS-RAMOS,

                                             Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-00-CR-509-1
--------------------
December 12, 2001
Before HIGGINBOTHAM, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Miguel

Enrique Barrios-Ramos has filed a motion for leave to withdraw

and has filed a brief as required by Anders v. California, 386

U.S. 738 (1967).  Barrios-Ramos has not filed a response.  Our

independent review of the brief and the record discloses no

nonfrivolous issue in this direct appeal.  Accordingly, the

motion for leave to withdraw is GRANTED, counsel is excused from

further responsibilities herein, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.